THE HONORABLE BENJAMIN H. SETTLE

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR08-5533BHS |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND DUE DATE FOR THE FILING OF TRIAL DOCUMENTS AND CONTINUING PRETRIAL CONFERENCE |
| HOMERO VALDOVINOS TAFOLLA, | |
| Defendant. | |

THIS MATTER came before the Court on the Government's motion to extend the due date for submission of trial documents from February 17, 2009 to February 26, 2009. The Court reviewed the motion, the concurrence of Defendant's attorney through email and the records and files herein;

NOW, THEREFORE, IT IS HEREBY ORDERED that the due date for the submission of trial documents for the above-captioned case is extended from February 17, 2009 to February 26, 2009, and the Pretrial Conference scheduled for February 23, 2009 is continued to March 2, 2009 at 11:00 a.m.

DONE this 17th day of February, 2009.

BENJAMIN H. SETTLE
United States District Judge